## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BRADLEY LEDGERWOOD; and
ETHEL JACOBS, by and through her
son and next friend Louis Welch                              PLAINTIFFS

v.                              No. 3:16-cv-119-DPM

CINDY GILLESPIE, in her official
capacity as Director, Arkansas
Department of Human Services                              DEFENDANT

### ORDER

**1.** The motions to proceed *in forma pauperis*, № 1 & 2, are granted.  Most of Ledgerwood's and Jacobs's limited monthly income goes toward necessary expenses.  They can't afford the filing and administrative fees.

**2.** The Court notes the motion for a preliminary injunction, № 6.  In the circumstances, the Court adjusts the briefing schedule.  Gillespie's response to the motion is due 20 May 2016.  Ledgerwood and Jacobs's reply is due 27 May 2016.  The Court will hold a hearing (if one is needed) on the motion the week of 6–10 June 2016.

**3.** Given the pending request for injunctive relief, the Court defers screening the complaint, № 3.  The Court directs the Clerk to prepare a summons for Cindy Gillespie, Director of the Arkansas Department of

Human Services. The Court directs the U.S. Marshal to serve the summons, the complaint, and this Order on Gillespie, as Director, at the Arkansas Department of Human Services at 700 Main Street, Little Rock, Arkansas 72201. Service should be in-person rather than by mail.[*]

**4.** The embedded request for a temporary restraining order, *№ 3 at 30*, is denied. FED. R. CIV. P. 65(b)(1)(B); LOCAL RULE 7.2(e).

**5.** The Court also notes the motion for appointment, *№ 4*, and will rule on it in due course.

So Ordered.

*DPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

 5 May 2016
_____

_____

[*]The Court has had trouble with service by mail on DHS in past cases.