IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRADLEY LEDGERWOOD; and
ETHEL JACOBS, by and through her
son and next friend Louis Welch                                              PLAINTIFFS

v.                                   No. 3:16-cv-119-DPM

CINDY GILLESPIE, in her official
capacity as Director, Arkansas
Department of Human Services                                                  DEFENDANT

ORDER

1. Motion, № 4, granted. Dr. Bailey has treated Ethel Jacobs since 2012; he last saw her in January 2016. He says Jacobs is incapacitated by Alzheimer's-related dementia — she can't make decisions about her business, medical, or personal affairs. According to Dr. Bailey, this condition also keeps Jacobs from communicating rationally. She usually hums, or utters things that don't make sense. № 6-7 at ¶ 5. Jacobs is therefore incompetent and needs a next friend. FED. R. CIV. P. 17(c)(2); *cf. Whitmore v. Arkansas*, 495 U.S. 149, 163, 164–65 (1990); ARK. CODE ANN. §§ 28-65-210 & 211(b). Louis Welch consents to serve in this role. № 5. As Jacobs's son, attorney-in-fact, and caretaker, he's qualified to do so. № 6-5 at ¶¶ 6, 8, 18. The Court appoints Welch to serve as Jacobs's next friend in this case.

2. The Court requests a joint status report on the state administrative proceedings. Report due by 10 June 2016.

3. Motion for leave, № 18, granted. Please file a clean substituted response by 10 June 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_6 June 2016_