IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ETHEL JACOBS, by and through her
son and next friend Louis Welch                               PLAINTIFFS

v.                           No. 3:16-cv-119-DPM

CINDY GILLESPIE, in her official
capacity as Director, Arkansas
Department of Human Services                                  DEFENDANT

### ORDER

Because of Ledgerwood's dismissal, № 32, the Court directs the Clerk to update the short case title to be "Jacobs v. Gillespie."

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 July 2016