IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ETHEL JACOBS, by and through her
son and next friend Louis Welch                                              PLAINTIFF

v.                                   No. 3:16-cv-119-DPM

CINDY GILLESPIE, in her official
capacity as Director, Arkansas
Department of Human Services                                                 DEFENDANT

## ORDER

Pursuant to Federal Rule of Civil Procedure 65(d) and for the reasons stated on the record at the end of the combined bench trial and final injunction hearing on 28 October 2016, the Court converts its preliminary injunction, № 32, into this permanent injunction. The Court orders Director Cindy Gillespie (in her official capacity), the Arkansas Department of Human Services, and all involved DHS employees to maintain Ethel Jacobs's ARChoices benefits, and in particular her attendant care hours, at the 2015 amount. Jacobs's benefits may not be reduced unless and until DHS completes a new assessment and provides notice that satisfies the Due Process Clause and the Medicaid Act. The notice must be in plain and clear terms. The notice must explain why benefits are being reduced. The notice must be accompanied by a copy of the beneficiary's ARPath assessment. The notice

must explain the benefit reduction with specific references (as applicable) to the beneficiary's ARPath assessment, the beneficiary's Resource Utilization Group, and the ARChoices system, including the algorithm. The notice must be as specific as reasonably practicable about the beneficiary's health conditions and reduced benefits. Finally, the notice must alert the beneficiary about any applicable limitations on the presentation of evidence at any later hearing about the benefits decision.

    So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 November 2016