IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| ETHEL JACOBS, by and through her son and next friend Louis Welch | | PLAINTIFF |
| v. | No. 3:16-cv-119-DPM | |
| CINDY GILLESPIE, in her official capacity as Director, Arkansas Department of Human Services | | DEFENDANT |

ORDER

The Court agrees that the most prudent course is substitution of an estate, acting through a duly appointed personal representative, once the Phillips County Circuit Court (probate division) has taken action. In the mean time, because the fee claim probably abated at Mrs. Jacobs's death, this case is stayed. The motion for fees and expenses, and all the related briefing, № 65, will be reinstated once the party issues are resolved.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 January 2017