IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ETHEL JACOBS, by and through her
son and next friend Louis Welch                                   PLAINTIFF

v.                         No. 3:16-cv-119-DPM

CINDY GILLESPIE, in her official
capacity as Director, Arkansas
Department of Human Services                                      DEFENDANT

ORDER

Motion to substitute, № 74, noted. First, Welch should file an addendum with his acceptance of appointment as administrator and his Letters of Administration. Second, the Court is concerned about the direct-payment request. Don't the dollars have to flow through the estate? Addendum and supplemental brief due by 1 March 2017.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 February 2017