IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ETHEL JACOBS, by and through her
son and next friend Louis Welch                                                    PLAINTIFF

v.                              No. 3:16-cv-119-DPM

CINDY GILLESPIE, in her official
capacity as Director, Arkansas
Department of Human Services                                                       DEFENDANT

# ORDER

1. The Court appreciates the addendum on direct payment of fees and the administration documents. № 76. This Court will order direct payment of whatever attorney's fees and costs are awarded if the Phillips County Circuit Court (probate division) enters a further order specifically approving direct payment instead of the money flowing through the estate. The Court would appreciate receiving that order by 7 April 2017.

2. Motion, № 74, granted. The Estate of Ethel Jacobs, by Louis Welch, administrator, is substituted for Ethel Jacobs as plaintiff. The Court directs the Clerk to update the docket.

3. Stay lifted. Motion for fees and costs, № 65, and all related briefing, reinstated. The Court will now turn to the merits of the fee dispute.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 March 2017